# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| JEFFREY NOBLE<br>*Plaintiff*<br>v.<br>TOWN OF MOORESVILLE, et al.<br>*Defendant* | )<br>)<br>) Case No. 5:26-cv-6<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Town of Mooresville, Christopher Quinn, Tracey Jerome, and Chris Carney.

Date: 02/02/2026

/s/Kayla N. McDaniel
*Attorney's signature*

Kayla N. McDaniel, #57995
*Printed name and bar number*

CRANFILL SUMNER LLP
P.O. Box 30787
Charlotte, NC 28230

*Address*

kmcdaniel@cshlaw.com
*E-mail address*

704-332-8300
*Telephone number*

704-332-9994
*FAX number*