UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:26-CV-6

| | |
|---|---|
| JEFFREY NOBLE,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF MOORESVILLE, NORTH CAROLINA; CHRISTOPHER QUINN, In his Official and Individual Capacities, TRACEY JEROME, In her Official Capacity; CHRIS CARNEY, In his Individual Capacity,<br><br>    Defendants. | **DEFENDANTS' MOTION TO DISMISS IN LIEU OF AN ANSWER** |

NOW COMES Defendants Town of Mooresville ("Town"), Christopher Quinn, Tracey Jerome, and Chris Carney, acting by and through undersigned counsel, hereby moving this Court for an Order dismissing Plaintiff's Amended Complaint pursuant to Fed.R.Civ.P. 12(b)(1), 12(b)(2), and 12(b)(6). Defendants respectfully request that this Motion be granted, as (1) this Court lacks personal and subject matter jurisdiction over Defendants; and (2) Plaintiff has failed to state a claim upon which relief can be granted as to all of his claims.

Defendants are filing a memorandum in support contemporaneously with this Motion.

This the 13th day of March, 2026.

                                                                        CRANFILL SUMNER LLP

                                    BY:   /s/ *Jake W. Stewart*
                                                      Jake W. Stewart, NC Bar #51157
                                                      Kayla N. McDaniel, NC Bar #57995

*Attorneys for Defendants*
P.O. Box 30787
Charlotte, NC  28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
E-mail: jstewart@cshlaw.com
E-mail: kmcdaniel@cshlaw.com

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing ***DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

C. Christopher Adkins
Adkins Law, PLLC
9620 Sherrill Estates Road
Huntersville, NC 28078
Telephone: (704) 274-5677
Facsimile: (877) 208-7577
Emails: chris@huntersvillelawyer.com
*Attorney for Plaintiff*

Christerfer R. Purkey
Rech Law, P.C.
18125 W. Catawba Avenue
Cornelius, NC 28031
Telephone: (704) 228-2790
Facsimile: (704) 909-7410
Email: cpurkey@rechlaw.com
*Attorney for Plaintiff*

This the 13th day of March, 2026.

                                    **CRANFILL SUMNER LLP**

BY:   /s/ *Jake W. Stewart*
         Jake W. Stewart, NC Bar #51157
         Kayla N. McDaniel, NC Bar #57995
         *Attorneys for Defendants*
         P.O. Box 30787
         Charlotte, NC 28230
         Telephone (704) 332-8300
         Facsimile (704) 332-9994
         jstewart@cshlaw.com
         kmcdaniel@cshlaw.com