UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:26-CV-6

| | | |
|---|---|---|
| JEFFREY NOBLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **APPENDIX FOR DEFENDANTS'** |
| TOWN OF MOORESVILLE, NORTH CAROLINA; CHRISTOPHER QUINN, In his Official and Individual Capacities, TRACEY JEROME, In her Official Capacity; CHRIS CARNEY, In his Individual Capacity, | ) | **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS** |
| | ) | |
| Defendants. | ) | |

Affidavit of Cheryl Johnson......................................................................................Exhibit 1

Insurance Policy........................................................................................................Exhibit 2

Gibson v. Corning Inc...............................................................................................Exhibit 3

McClain v. Causey....................................................................................................Exhibit 4

Sturdivant v. Geren ...................................................................................................Exhibit 5

Port City Logistics, Inc. v. Chasewater Logistics, LLC ..........................................Exhibit 6