

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:26-CV-6

| | |
|---|---|
| JEFFREY NOBLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF MOORESVILLE, NORTH )<br>CAROLINA; CHRISTOPHER QUINN, In )<br>his Official and Individual Capacities, )<br>TRACEY JEROME, In her Official )<br>Capacity; CHRIS CARNEY, In his )<br>Individual Capacity, )<br>)<br>Defendants. ) | **AFFIDAVIT OF CHERYL JOHNSON** |

I, Cheryl Johnson, being duly sworn, deposes and says as follows:

1. I am over the age of eighteen and competent to testify. I have personal knowledge of the matters set forth in this Affidavit.

2. I am the Occupational Health and Safety Officer for the Town of Mooresville.

3. From February 15, 2025 to March 1, 2026, the Town of Mooresville had in effect the following general liability policy: The Princeton Excess & Surplus Lines Insurance Company, policy number 64-A3-EX-0000074-02. A true and accurate copy of the relevant portions of the policy is attached.

4. The underlying policy contains a non-waiver of governmental immunity provision.

5. The attached policy is the only insurance policy obtained by the Town of Mooresville relevant or applicable to the allegations set forth in Plaintiff's lawsuit for the period of February 15, 2025 to March 1, 2026.

6. I make this affidavit in good faith, of my own personal knowledge concerning the matters herein, and not for any other or improper purpose.

FURTHER THE AFFIANT SAYETH NOT.

Executed this the  13  day of March, 2026.

*Cheryl Johnson*
Cheryl Johnson, Occupational Health and Safety Officer for the Town of Mooresville

Subscribed and sworn before me, this  13  day of March, 2026.

*Brandi N. Mason*
Signature of Notary Public

Brandi N. Mason
Printed Name of Notary Public

My commission expires: November 4, 2030

```
BRANDI N. MASON
Notary Public, North Carolina
Mecklenburg County
My Commission Expires
November 04, 2030
```