# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
#### Civil Action No. 5:26-CV-6

JEFFREY NOBLE, )
)
        Plaintiff, )
)
        v. )
)
TOWN OF MOORESVILLE, NORTH )
CAROLINA; CHRISTOPHER )
QUINN, In his Official and )
Individual Capacities, TRACEY )
JEROME, In her Official Capacity; )
CHRIS CARNEY, In his Individual )
Capacity, )
)
        Defendants.

**NOTICE OF WITHDRAWAL OF COUNSEL**

**PLEASE TAKE NOTICE** that Attorney Kayla N. McDaniel is leaving the firm Cranfill Sumner LLP, effective March 24, 2026. Attorney McDaniel hereby provides notice of her withdrawal as counsel for Defendants Town of Mooresville, Christopher Quinn, Tracey Jerome and Chris Carney in this matter and should be removed from future ECF notices.

Attorney Jake W. Stewart of Cranfill Sumner LLP will remain as counsel of record for Defendants.

This the 24th day of March 2026.

**CRANFILL SUMNER LLP**

BY:    /s/ *Kayla N. McDaniel*
         Kayla N. McDaniel, NC Bar #57995
         *Attorney for Defendants*
         P.O. Box 30787
         Charlotte, NC 28230
         Telephone: (704) 332-8300
         Facsimile: (704) 332-9994
         E-mail: kmcdaniel@cshlaw.com

2

4912-9709-3016, v. 1

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing ***NOTICE OF WITHDRAWAL OF COUNSEL*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

C. Christopher Adkins
Adkins Law, PLLC
9620 Sherrill Estates Road
Huntersville, NC 28078
Telephone: (704) 274-5677
Facsimile: (877) 208-7577
Emails: chris@huntersvillelawyer.com
*Attorney for Plaintiff*

Christerfer R. Purkey
Rech Law, P.C.
18125 W. Catawba Avenue
Cornelius, NC 28031
Telephone: (704) 228-2790
Facsimile: (704) 909-7410
Email: cpurkey@rechlaw.com
*Attorney for Plaintiff*

This the 24th day of March 2026.

**CRANFILL SUMNER LLP**

BY: /s/ *Kayla N. McDaniel*
Kayla N. McDaniel, NC Bar #57995
*Attorney for Defendants*
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
kmcdaniel@cshlaw.com

3

4912-9709-3016, v. 1