# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| JEFFREY NOBLE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    5:26-cv-6 |
| TOWN OF MOORESVILLE, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Town of Mooresville, Christopher Quinn, Tracey Jerome, and Chris Carney.                           .

Date:     03/30/2026

/s/Ariella Z. Walsh
*Attorney's signature*

Ariella Z. Walsh, #55109
*Printed name and bar number*

CRANFILL SUMNER LLP
P.O. Box 30787
Charlotte, NC 28230

*Address*

awalsh@cshlaw.com
*E-mail address*

704-332-8300
*Telephone number*

704-332-9994
*FAX number*